**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>　　　　　　　Defendant. | No. 2:19-cv-01228-SMB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

　　Salt River Project Agricultural Improvement and Power District ("SRP") filed a stipulated motion seeking a 30-day extension to the deadline to respond to the complaint, and good cause appearing therefore,

　　IT IS HEREBY ORDERED as follows:

　　1.　The deadline for Defendant to respond to the complaint is extended to April 24, 2019.