| | |
|---|---|
| 1 | Hart L. Robinovitch (AZ SBN 020910) |
| | **ZIMMERMAN REED LLP** |
| 2 | 14646 North Kierland Blvd., Suite 145 |
| | Scottsdale, AZ  85254 |
| 3 | Telephone: (480) 348-6400 |
| | Facsimile: (480) 348-6415 |
| 4 | Email: hart.robinovitch@zimmreed.com |
| 5 | *Attorneys for Plaintiffs and the Class* |
| 6 | *(Additional Counsel listed below)* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, individually and on behalf of all others similarly situated, | Case No. CV-19-01228-PHX-SMB |
| Plaintiffs, | **NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT** |
| -v- | |
| Salt River Project Agricultural Improvement and Power District, | |
| Defendant. | |

Plaintiffs William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, (collectively referred to herein as "Plaintiffs") individually and on behalf of all others similarly situated, by and through the undersigned attorneys, respectfully give notice to the court of the filing of their First Amended Complaint and Demand for Jury Trial. The First Amended Complaint is filed as a right under Fed. R. Civ. P. 15(a) as Defendant has not yet filed an answer.

On April 12, 2019, Plaintiffs' counsel Hart Robinovitch met with SRP's counsel, Eric Gere, Katy Heth, and Josh Ernst, at Zimmerman Reed LLP's Scottsdale, Arizona offices. David M. Cialkowski, Alia M. Abdi, Daniel Hedlund, and Daniel Nordin participated via telephone for Plaintiffs, while Christopher Babbitt and David Gringer joined via telephone for Defendant.  During the meet and confer, counsel for SRP identified perceived deficiencies in Plaintiffs' complaint. Plaintiffs have sought to address certain issues by filing their First Amended Complaint.

The First Amended Complaint makes the changes indicated in the version of the amended pleading pursuant to D. Ariz. LR 15.1(b) attached hereto as Exhibit A.

Dated: April 23, 2019                               Respectfully submitted,

                                              **ZIMMERMAN REED LLP**

                                              By: s/ Hart L. Robinovitch
                                                      Hart L. Robinovitch (AZ SBN 020910)
                                                        14646 North Kierland Blvd., Suite 145
                                                        Scottsdale, AZ  85254
                                                        Telephone: (480) 348-6400
                                                        Facsimile: (480) 348-6415
                                                        Email: hart.robinovitch@zimmreed.com

**ZIMMERMAN REED LLP**
David M. Cialkowski
(*pro hac vice to be filed*)
Alia M. Abdi (*pro hac vice to be filed*)
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: david.cialkowski@zimmreed.com
Email: alia.abdi@zimmreed.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
(*pro hac vice to be filed*)
Daniel C. Hedlund
(*pro hac vice to be filed*)
Daniel J. Nordin (*pro hac vice to be filed*)
Canadian Pacific Plaza
120 South Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dheldund@gustafsongluek.com
Email: dnordin@gustafsongluek.com

*Attorneys for Plaintiffs*