# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>Defendant. | Case No. 2:19-cv-1228-SMB<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulated Motion Regarding Page and Time Limits for Motion to Dismiss Briefing, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is granted.

IT IS FURTHER ORDERED that:

a. The District's brief in support of its Motion to Dismiss may not exceed 35 pages, exclusive of attachments, and will be filed by no later than May 7, 2019 in accordance with Rule 15(a)(3), F.R.C.P.;

b. Plaintiffs' Response may not exceed 35 pages, exclusive of attachments, and will be filed within 28 days after service of the Motion to Dismiss;

c. The District's Reply may not exceed 17 pages, exclusive of attachments, and will be filed within 14 days after service of Plaintiffs' Response to the Motion to Dismiss.