Hart L. Robinovitch (AZ SBN 020910)
**ZIMMERMAN REED LLP**
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ  85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

*Attorneys for Plaintiffs and the Class*

*(Additional Counsel listed below)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>Defendant. | Case No. CV-19-01228-PHX-SMB<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiffs William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, (collectively referred to herein as "Plaintiffs") individually and on behalf of all others similarly situated, by and through the undersigned attorneys, hereby appeal to the United States Court of Appeals for the Ninth Circuit from both the District Court's Order dated January 10, 2020 (ECF No. 29) and Final Order dated February 20, 2020 (ECF. No. 30).

Dated: February 21, 2020                    Respectfully submitted,

**ZIMMERMAN REED LLP**

By: s/ Hart L. Robinovitch
Hart L. Robinovitch (AZ SBN 020910)
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

**ZIMMERMAN REED LLP**
David M. Cialkowski (*pro hac vice*)
Alia M. Abdi (*pro hac vice*)
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: david.cialkowski@zimmreed.com
Email: alia.abdi@zimmreed.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (*pro hac vice*)
Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Canadian Pacific Plaza
120 South Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: dnordin@gustafsongluek.com

*Attorneys for Plaintiffs*