1  Hart L. Robinovitch (AZ SBN 020910)
   **ZIMMERMAN REED LLP**
2  14646 North Kierland Blvd., Suite 145
   Scottsdale, AZ  85254
3  Telephone: (480) 348-6400
   Facsimile: (480) 348-6415
4  Email: hart.robinovitch@zimmreed.com

5  *Attorneys for Plaintiffs and the Class*

6  *(Additional Counsel listed below)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, Robert Dill, Edward Rupprecht, and Robert Gustavis, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>-v-<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>                              Defendant. | Case No. 2:19-CV-01228-PHX-SMB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

Pursuant to Rule 83.3 of the Local Rules of the United States District Court for the District of Arizona, the undersigned attorney hereby notifies the Court and counsel that Alia M. Abdi withdraws as counsel for Plaintiffs William Ellis, Robert Dill, Edward Rupprecht, Robert Gustavis, and the class ("Plaintiffs") as she is no longer with Zimmerman Reed LLP. Plaintiffs will continue to be represented by other counsel of record.

Dated: March 9, 2022

Respectfully submitted,

**ZIMMERMAN REED LLP**

By: s/ Hart L. Robinovitch
Hart L. Robinovitch (AZ SBN 020910)
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

**ZIMMERMAN REED LLP**
David M. Cialkowski (*pro hac vice*)
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: david.cialkowski@zimmreed.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (*pro hac vice*)
Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Canadian Pacific Plaza
120 South Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dheldund@gustafsongluek.com
Email: dnordin@gustafsongluek.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on March 9, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ Hart Robinovitch
Hart Robinovitch