# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, et al., | No. CV-19-01228-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Salt River Project Agricultural Improvement and Power District, | |
| Defendant. | |

The Court having considered Defendant's Motion for Leave to File Renewed Motion to Dismiss (Doc. 42) and for good cause appearing,

**IT IS HEREBY ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

a. The renewed Motion to Dismiss and memorandum in support shall be filed within 14 days of this Order.

b. Plaintiff's response will be filed within 14 days after service of the Motion to Dismiss.

c. The reply will be filed within 7 days after service of Plaintiffs' response to the Motion to Dismiss.

**IT IS FURTHER ORDERED** setting oral argument on the Motion to Dismiss on **July 26, 2022 at 10:00 a.m.** (45 minutes allowed).

Dated this 19th day of May, 2022.

Honorable Susan M. Brnovich
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28