EXECUTION COPY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, Edward Rupprecht, Robert Gustavis, and the Dill Family Living Trust, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>    Defendant. | Case No. 2:19-CV-01228-PHX-SMB<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs William Ellis, Edward Rupprecht, Robert Gustavis, and the Dill Family Living Trust, and Defendant Salt River Project Agricultural Improvement and Power District hereby jointly stipulate to dismissal of the above-captioned action with prejudice. Each party waives all rights of appeal. Except as otherwise agreed by the parties, each party shall bear its own attorneys' fees and costs.

Dated  1/31 , 2023

Respectfully Submitted,

ZIMMERMAN REED LLP

By:  /s/ Hart L. Robinovitch

*Attorneys for Plaintiffs*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Christopher Babbitt

*Attorneys for Defendant*

12