# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>　　　　Defendant. | CASE NO.: 2:19-CV-1228-PHX-SMB<br><br>Assigned to the Honorable Susan M. Brnovich<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation for Dismissal, and good cause appearing therefore,

IT IS HEREBY ORDERED that

1. The Joint Stipulation for Dismissal is GRANTED;
2. The above-captioned action is hereby dismissed with prejudice;
3. Each party waives all rights of appeal;
4. Except as otherwise agreed by the parties, each of the parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____            _____
　　　　　　　　　　　　　　　　　　The Honorable Susan M. Brnovich