# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Ellis, et al., | No. CV-19-01228-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Salt River Project Agricultural Improvement and Power District, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation for Dismissal (Doc. 65) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Joint Stipulation for Dismissal is GRANTED;

2. The above-captioned action is hereby dismissed with prejudice;

3. Each party waives all rights of appeal;

4. Except as otherwise agreed by the parties, each of the parties shall bear their own attorneys' fees and costs.

Dated this 2nd day of February, 2023.

Honorable Susan M. Brnovich
United States District Judge